447 A.2d 660

Commonwealth v. Black, Appellant.

Submitted December 9, 1981. William E. Averona, for appellant; Debbie Fox, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is affirmed.